# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ANA ELSA LEON-BARRON (2),<br><br>　　　　　　　　　Defendant. | Case No.:   16CR2017-GPC<br><br>**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information against Defendant Ana Elsa Leon-Barron (2) be dismissed, against her only, without prejudice.

Dated: September 23, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge